UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------x

| | | |
|---|---|---|
| JUDITH SCHAPER, Plaintiff, | : | **NOTICE OF MOTION FOR SUMMARY JUDGMENT** |
| -against- | : | |
| THE BRONX LEBANON HOSPITAL CENTER and CAROL WILSON, Defendants. | : | Case No.: 17-cv-01246 (ALC) |

-------------------------------------x

PLEASE TAKE NOTICE that, on a date and at a time to be designated by the Court in the Courtroom of the Honorable Andrew L. Certer, United States District Judge, United States District Court, 40 Foley Square, New York, New York 10007, Defendants THE BRONX LEBANON HOSPITAL CENTER and CAROL WILSON ("Defendants") will move under Fed. R. Civ. P. 56 for an Order granting summary judgment in favor of Defendants. Specifically, Defendants move this Court for an order: (i) dismissing Plaintiff Judith Schaper's Complaint in its entirety, and with prejudice; and (ii) for such other relief that the Court deems just and proper, including costs and attorneys' fees.

PLEASE TAKE FURTHER NOTICE that, in support of this motion, Defendants submit the accompanying Declaration of Jasen Nhambiu, sworn to on November 9, 2018; the Declaration of Roy W. Breitenbach, sworn to on November 8, 2018; Defendants' Local Rule 56.1 Statement of Undisputed Facts, dated November 8, 2018; a Memorandum of Law in

Support of Defendants' Motion for Summary Judgment, and the accompanying exhibits, as well as all prior papers and proceedings had herein.

PLEASE TAKE FURTHER NOTICE that, pursuant to the parties' briefing schedule, opposition papers to this motion are to be served upon the undersigned on or before December 10, 2018, and reply papers must be served on or before December 21, 2018.

Dated: Great Neck, New York
November 8, 2018

GARFUNKEL WILD, P.C.
*Attorneys for Defendants THE BRONX LEBANON HOSPITAL CENTER and CAROL WILSON*

By: *_/s/ Roy W. Breitenbach_*
Roy W. Breitenbach

111 Great Neck Road
Great Neck, New York 11021
(516) 393-2200

TO:

Law Office of William Cafaro
Attorneys for Plaintiff
180 West 39th Street. Suite 602
New York, New York 10018
(212) 583-7400



2983263v.1