UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JUDITH SCHAPER
Plaintiff,

**-against-**

THE BRONX LEBANON HOSPITAL CENTER and CAROL WILSON

Defendants.
------------------------------------------------------------------X

Case No. 17-cv-01246 (ALC)

**AFFIDAVIT OF JUDITH SCHAPER IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

STATE OF NEW YORK }
} ss.:
COUNTY OF NEW YORK }

Judith Schaper, being over the age of 18 years and being duly sworn, does depose and say:

1. I am the plaintiff in this action and I make this affidavit in opposition to the Defendants' motion for summary judgment.
2. I dropped out of high school, but I obtained my GED in 2010.
3. For many years, it had been my ambition to work in a hospital and become a nurse.
4. While I was employed at Bronx Lebanon Hospital ("BLH") as a patient transporter on the night shift, I went to a school called ABC on Fordham Road in the Bronx and took classes during the day to become a Patient Care Technician ("PCT"). I did this on my own time and at my own expense. We had to take a test at the end of the course which I passed, and they gave me the certificate I needed to become a PCT.
5. I was promoted to PCT on or about March 9, 2015. I am, and at all times herein pertinent, have been qualified to perform all of the functions required of a PCT in Bronx Lebanon Hospital, which include basic computer and English language

communication skills, performing EKG's, and phlebotomy functions such as drawing blood. I am, and at all times herein pertinent was, physically and mentally able to perform all tasks to which I could appropriately be assigned as a PCT. I was capable of discharging all of the duties of a PCT during the time I worked for Bronx Lebanon Hospital.

6. After a brief orientation period of about two weeks, I began working the night shift in the Emergency Room where Carol Wilson was my direct supervisor.

7. The majority of the PCT's, approximately 80%, were either African, African American, Jamaican or from one of the other islands in the West Indies. The other 20% were mixed. The Hispanic nurses and PCT's were a small minority at BLH.

8. At orientation, they clearly told us that if we ever left a one to one patient alone, that we would be fired. I know for a fact that PCT's have been fired for doing this. Male psychiatric patients and male intoxicated patients have to be cared for by two PCT's unless there is a male PCT assigned to watch them. We were told at orientation that in no case should one PCT ever be assigned to multiple one on one patients.

9. Carol Wilson is black woman from the island of Jamaica.

10. Nurse Praddy is a black female.

11. Approximately at the end of March, 2015, Carol Wilson told me to cover 4 one on one patients by myself. When I asked her what would happen if one of the patients ran off or if I was assaulted by one of them, and she said she didn't have anyone else.

12. Within a week of when that happened, I went to the supervisor we all knew as Tony (I now know his last name to be Ramgahan) and told him about this. He said he would look into it and speak to Wilson.

13. About a week after that, Wilson came to me and asked me to cover a one on one patient in a different area than the one she had assigned me to. She said that the PCT in that area was busy. When I got there, the PCT, a short black female, told me that Wilson had told her that I was going to cover 2 one on one patients, and that she was going to work elsewhere. I had to cover the 2 one on one patients.

14. The following morning I spoke to a supervisor, Mairead O'Regan, because this was only happening to me and to Soto-Johnson. Mairead said this could not be happening, because it was a safety concern for both the employee and the patients. She said she would speak to Carol Wilson about it.

15. On several similar occasions, where black employees had complained to Wilson about being assigned to multiple one on one patients, Wilson assigned me to watch the multiple one on one patients in their place. Wilson had also told me that I would be fired if I ever refused to take charge of multiple one on one patients. Wilson would frequently remove me from my assigned post to cover other assignments, leaving my assigned post vacant, and leaving numerous tasks that should have been done in my originally assigned area undone. This would reflect poorly upon me.

16. Sometime around the end of April, as I was with a one on one patient, my boss, Carol Wilson, told me to take a blanket or a gown (I'm not sure what it was) to another area in the hospital. I explained to Ms. Wilson that I couldn't leave the one on one patient alone, but Ms. Wilson said she would stay with the patient until I got back. When I returned to the patient, the patient was alone, and Ms. Wilson did not return for some time. I asked Ms. Wilson why she had left the patient alone, but Ms. Wilson did not

respond. I was concerned that I could be fired for leaving the patient alone, so I spoke to Ms. Mairead O'Regan about the incident. She said she would look into it.

17. In late April, 2015, I was in the lounge area on a break with Ms. Soto-Johnson, another Hispanic PCT, and the Latin Billboard Awards, which featured Hispanic women wearing revealing outfits, was on. Carol Wilson was standing there and said to us "Hispanic women get where they are because they dress with their breasts showing, and whatever they have on their backsides is always tight", as she was pointing to her own buttocks area. There were two Filipino nurses who looked at her in a very surprised manner. When Carol Wilson saw the expressions Soto-Johnson and I had on our faces, she just turned around and walked out. On at least one other occasion, Ms. Wilson had pointed to her buttocks area while making a similar comment.
18. The following day, I went into Tony's office and told him about this. Tony said he would look into it and talk to her, because we don't tolerate racial comments in the hospital.
19. Sometime in May, I was bent over making a bed for a patient and Wilson was behind me. She said "Why do you people always have to wear your clothes so tight? I replied "who are 'you people'", and "how can this be tight?" She just walked away.
20. I went to both Tony and Mairead about this and told them I felt I was a target because I was Hispanic and Wilson didn't like Hispanic women. They said we were going to have a sit down, but it never happened.

21. I had also heard Wilson make comments to Ms. Soto-Johnson, another Spanish speaking PCT, to the effect that her uniform was too tight in certain places on several occasions.

22. This happened on approximately 5 or 6 occasions to me, accompanied by comments about how Hispanic women, or "you people" dressed.

23. Many times, when I was in the middle of doing something with a patient and Ms. Wilson told me to do something, I would say, OK, give me one second to finish this and I'll do it. On several occasions like this, she asked me, "why do you people always have a problem?" I know she had also done this to Soto-Johnson as well because it happened in my presence.

24. The phrase "you people" had been used by Ms. Wilson toward either myself or to both myself and Soto-Johnson on approximately 10 occasions.

25. Many of the African, African American and Jamaican PCT's wore their uniforms tighter than myself or Ms. Soto-Johnson many times, but to my knowledge, and as far as I observed, Wilson never made any comment to them about this issue.

26. One morning in May, I was speaking Spanish to a Hispanic patient who was being discharged and waiting for her daughter to pick her up. Carol Wilson heard me and said I couldn't be speaking to the patient in Spanish because she's already been discharged. I saw Tony and Mairead very shortly after that and told them that what happened, and if they didn't believe me, they could ask the patient, because she was still waiting for her daughter to pick her up. They said we'll take your word for it, and they said they would look into it.

27. Around the end of May or the beginning of June, Carol Wilson walked by as I was speaking to a security guard in Spanish. She passed by and mimicked what I was saying. A young Puerto Rican male patient who had a very tough appearance heard it, and asked me in Spanish, what did she say? I could bust her mouth". I told him no, no, no, to please relax. I told the charge nurse, a black male whose name I cannot remember, what had happened, and I told him to move the patient to a different area to make sure that he did not assault Wilson. The charge nurse said that he was going to have a talk with Tony.
28. Wilson mimicked me speaking Spanish on at least 3 or 4 occasions, and also did this in front of other employees.
29. I was never advised whether Tony or Mairead ever took any action on any of the complaints I made to them about Carol Wilson.
30. Many times I heard other PCT's and nurses speaking their own languages (other than Spanish), in front of Carol Wilson, both when patients were present and when they were not, and she never said anything to them. In contrast, she said something to me or stopped me from speaking Spanish whenever I spoke it to anyone else or on my cell phone.. On several occasions, Wilson had told both myself and Ms. Soto-Johnson that it didn't matter if we were on break or not, that we couldn't speak Spanish unless we were translating for a patient.
31. All of the complaints described above were made before the July 7, 2015 occurrence for which I was fired.
32. My shift on July 7, 2015 started at midnight. It was a very busy night.

33. As I was checking a patient's vital signs, I saw they were dropping, so I called to Dr. Mukherjee, an attending physician in the Emergency Room who was nearby, and told him that the patient's vital signs were unstable. He told me he wanted a stat EKG now.

34. At about the same time, the woman I now know to be Ms. Harris told me that her mother's diaper needed to be changed. I told her that I would help her if she could give me five minutes, because I had to do a stat EKG. She asked me if I could get her a diaper and I told her that we don't have diapers in the ER, that I could get her a chuck or some warm water if she wanted. She was visibly annoyed that I would not help her right away, and she may have said that her mother's diaper had not been changed for a long time, but I excused myself because the doctor had told me he wanted the EKG stat, which means immediately.

35. If I was ordered to do something on a *stat* basis by a doctor, it was my responsibility to stop whatever I was doing, do as the doctor directed me first, and to then go back to any other duties I had.

36. I never told the woman that she would have to change her mother herself, or that she should be willing to do that because she's her mother. I may have told her that if she wanted to use a diaper instead of a chuck that she would have to bring her own because we did not use diapers in the ER.

37. I performed the EKG twice, which was standard procedure for accuracy. I then brought the strip to Dr. Mukherjee, who read it. As I was walking back to go change Ms. Harris' mom, Dr. Mukherjee told me he needed me to bring that patient who just had the EKG to the Code Room.

38. While I was doing what Dr. Mukherjee ordered me to do, Nurse Praddy said that she needed to speak to me. I went over to her and she asked me if I had refused to change a soiled patient. I told her no, not at all, that I was doing a stat EKG as per Dr. Mukherjee. She told me that the woman was upset and might go complain to Wilson. I said something to the effect of, if she does, she does, I'm not doing anything wrong and I have to finish what I was directed to do by the doctor.

39. When I came back from bringing the EKG patient to the Code Room, I went back to the area where the woman had asked me to change her mom and asked her if she still needed help. She said no, thank you, I don't need your help. The nurse helped me.

40. At the end of the shift, Ms. Wilson came over to me and asked me what had happened. I told her what had happened, and she something to the effect of OK, no problem, that I had nothing to worry about.

41. During that shift, I had moved Ms. Harris' mom away from a noisy psychiatric patient, and I had given her a blanket. Ms. Harris was there and thanked me for doing so.

42. When I performed various tasks as a PCT at BLH, such as taking vital signs, taking blood or urine samples for analysis, etc., entries were contemporaneously made in the hospital's electronic record keeping system. Each entry would reflect each thing I did for each patient, the time, and my name.

43. If Ms. Wilson had informed me that she was considering taking disciplinary action for this incident, I would have been able to check the medical records of the black patients I had been accused of ignoring, in order to defend myself.

44. Because I was not told at that time, it was later on impossible to identify those patients who I was responsible for that night and check all the entries I made.

45. At the meeting on July 31, 2015, Ms. Wilson, Ms. Ajakaiye, Mr. House and myself were present. When I offered to give her the letter Dr. Mukherjee had given me, Wilson told me that it didn't matter and she didn't need to see it. She wouldn't even take a copy. Ms.Wilson showed absolutely no interest in hearing my side of the story.

46. After the July 31, 2015 meeting, I felt that Ms. Wilson was harassing me, but it had never occurred to me that she intended to have me fired for this, because I had done nothing wrong. I had no idea that I could be fired over this incident until August 11, 2015.

47. My father is German and Dominican, and my mother is Puerto Rican and Italian.

I, Judith Schaper, have read the foregoing affidavit and I swear that the contents thereof are true and correct to the best of my knowledge.

Judith Schaper

Sworn to before me this 7th day of
January 7, 2019

WILLIAM CAFARO
NOTARY PUBLIC-STATE OF NEW YORK
No. 02CA6375832
Qualified In Suffolk County
My Commission Expires 05-29-2022