UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __8/17/2020__

SCHAPER,

                   **Plaintiff,**

                -against-

THE BRONX LEBANON HOSPITAL CENTER, ET AL.,

                  **Defendants.**

**17-cv-01246 (ALC) (OTW)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

     By Order dated March 23, 2020, the Court set a trial schedule for this matter. ECF No. 94. The trial schedule is hereby ADJOURNED sine die. The Court respectfully directs the Clerk of Court to terminate the deadlines set in the March 23, 2020 Order.

**SO ORDERED.**

**Dated**:   August 17, 2020
           New York, New York

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**