UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/16/2020

SCHAPER,

                **Plaintiff,**

-against-

THE BRONX LEBANON HOSPITAL CENTER, ET AL.,

                **Defendants.**

**1:17-cv-01246-ALC-OTW**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

In light of the Covid-19 pandemic a trial in this case will not be imminent. The parties are encouraged to pursue settlement discussions. The parties are ordered to file a joint status report no later than November 24, 2020.

**SO ORDERED.**

**Dated**:   September 16, 2020
           New York, New York

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**