UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| JUDITH SCHAPER, | **PROPOSED ORDER** |
| Plaintiff, | Docket No. 17-cv-01246 (ALC) (OTW) |
| -against- | |
| THE BRONX LEBANON HOSPITAL CENTER and CAROL WILSON, | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THIS MATTER having come before the Court on the application of Defendants, and the Court having considered the application and for good cause having been shown,

IT IS, on this __9__ day of February, 2021,

ORDERED as follows:

That Roy W. Breitenbach has withdrawn as Counsel for the Defendants.

_____
Hon. Ona T. Wang
U.S.M.J.