| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: 11/8/2021 |

**JUDITH SCHAPER**,

                         **Plaintiff,**

           **-against-**

**THE BRONX LEBANON HOSPITAL CENTER & CAROL WILSON,**

                         **Defendants.**

**1:17-cv-01246-ALC-OTW**

**ORDER SETTING STATUS CONFERENCE**

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court will hold a status conference regarding trial on **Friday, November 12, 2021** at **2:00PM Eastern Time**. All parties shall appear and should contact the Court at **1-888-363-4749 (access code: 3768660)**.

**SO ORDERED.**

**Dated**:   November 8, 2021
            New York, New York

                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**