UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Nov. 9, 2021

**JUDITH SCHAPER**,

     **Plaintiff,**

 v.

**THE BRONX LEBANON HOSPITAL CENTER & CAROL WILSON,**

     **Defendants.**

**1:17-CV-1246 (ALC) (OTW)**

<u>**ORDER**</u>

**ANDREW L. CARTER, JR., United States District Judge:**

 It having been reported to the Court that this case has been or will be settled (ECF No. 103), it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar, if the application to restore the action is made within sixty (60) days. Accordingly, the status conference set for November 12, 2021 is hereby **ADJOURNED**.

**SO ORDERED.**

Dated: November 9, 2021
   New York, New York

                 **ANDREW L. CARTER, JR.**
                 **United States District Judge**